# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2013

## NO. 03-11-00598-CR

**Cortez Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgments of conviction entered on September 15, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. However, the trial court's judgments of conviction in this case are modified to reflect that the sex offender registration requirements of Chapter 62 of the Texas Code of Criminal Procedure apply to Williams and to reflect that the age of the victim at the time of the offense was 13 years. In addition, the judgment of conviction for indecency with a child by exposure is modified to reflect that the "Statute for Offense" is 21.11(a)(2)(B) of the Penal Code. As so modified, the trial court's judgments of conviction are affirmed. It is further ordered that it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made.